## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFF DORSEY,** | : | **CIVIL ACTION** |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **NO. 20-4666** |
| | : | |
| **SUPERINTENDENT OBERLANDER,** *et al.*, | : | |
| | : | |
| **Respondents.** | : | |

### ORDER

**AND NOW**, this 28th day of January 2022, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus (ECF No. 1), the Delaware County's District Attorney's Response (ECF No. 10), and after review of United States Magistrate Judge Timothy R. Rice's Report and Recommendation (ECF No. 11), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**